UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMAR ODOM,

          Plaintiff,

    v.

ADMINISTRATOR SLOUTHOWER, et al.,

          Defendants.

CASE NO. 3:17-cv-05800-RBL-TLF

ORDER ON REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) over 60 days have passed since mail addressed to plaintiff was returned as undeliverable, and plaintiff has not notified the court and opposing parties of his current mailing or email address;

(2) the Court adopts the Report and Recommendation; and

ORDER ON REPORT AND RECOMMENDATION - 1

(3) plaintiff's complaint is DISMISSED without prejudice under LCR 41(b)(2).

DATED this 23rd of July, 2018.

Ronald B. Leighton
United States District Judge